Roderick Johnson
#DN 0530
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

FILED SCRANTON
MAR 08 2019
PER _____ DEPUTY CLERK

March 4, 2019

Mr. Peter J. Walsh, Acting Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg
U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

RE: Johnson v. PA. Dept. of Corrections
CASE # NO: 4:18-CV-01924-MWB-JVW

Dear Mr. Walsh,
 Can you please tell me what stage my case is in? Am I waiting on the PA. DOC's Attorney to file something? Am I suppose to file something; or is the

1.

Judge in the process of filing something? Thank you!

Sincerely,
[signature]

Roderick Johnson #DN-0530
175 Progress Drive
Waynesburg, PA 15370

RECEIVED
SCRANTON
MAR 08 2019
PER _____
DEPUTY CLERK

PA DEPT OF
CORRECTIONS
INMATE MAIL



U.S. POSTAGE >> PITNEY BOWES
ZIP 15370
02 4W
0000355500 $ 000.50°
MAR 05 2019

United States District Court
Middle District of Pennsylvania
William J. Nealon
U.S. Courthouse Federal Bldg
235 North Washington Avenue
P.O. Box 1148
Scranton PA 18501-1148
Attn: Peter Welsh Acting Clerk