Roderick Johnson
ID# 1996-5586
Berks County Jail System
1287 County Welfare Rd.
Leesport, PA 19533-9397

March 28, 2019

Mr. Peter J. Welsh, Acting Clerk of Court
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

RE: Johnson v. Pennsylvania Department of Corrections, et al. Civil Docket No. 4:18-cv-01924-MWB-JVW

Dear Mr. Welsh;

I am writing to inform you of my change of address, please notify the Judge and parties my new address is:

Roderick Johnson
ID# 1996-5586

Berks County Jail System
1287 County Welfare Rd.
Leesport, PA 19533-9397

The Jail has a new mailing system. I don't know if it applies to legal mail, but to be on the safe side that address is:

Roderick Johnson ID # 1996-5586
Berk County Jail System
P.O. Box 247
Phoenix, MD 21131

Thank you for your time and attention. Please forward me a docket sheet.

Respectfully,

Roderick Johnson

C.C. File.

2.

**NAME** Roderick Johnson
BCP# 1996-2556
HOUSING UNIT E-117
BERKS COUNTY JAIL SYSTEM
1287 COUNTY WELFARE RD
LEESPORT, PA 19533-9397

HARRISBURG PA 171
02 APR 2019 PM 1 L

RECEIVED
SCRANTON
APR 04 2019
PER _____
DEPUTY CLERK

Mr. Peter J. Welsh, Acting Clerk of Court
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg &
U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

18501-1148