# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODERICK JOHNSON, | No. 4:18-CV-01924 |
| Plaintiff, | (Judge Brann) |
| v. | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

## ORDER

**MAY 7, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 29) is **GRANTED**;

2. Johnson's claims are **DISMISSED** with prejudice;

3. Johnson's request (Doc. 52) for reconsideration of the denial of his motion for summary judgment and for an extension of time to respond to Defendants' motion to dismiss is **DENIED**; and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge