# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODERICK JOHNSON, | No. 4:18-CV-01924 |
| Plaintiff, | (Judge Brann) |
| v. | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

## ORDER

**JULY 2, 2019**

Upon consideration of Roderick Johnson's motion for an extension of time to file a notice of appeal, **IT IS HEREBY ORDERED** that:

1. Johnson's motion for an extension of time (Doc. 55) is **GRANTED**; and

2. Johnson shall file his notice of appeal on or before July 31, 2019.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge