IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RODERICK JOHNSON,
    plaintiff,

v.

PENNSYLVANIA Dept. OF CORRECTIONS, et al.,
    Defendants.

NO. 4:18-CV-01924
Judge Brann

CIVIL ACTION

FILED WILLIAMSPORT JUL 11 2019 PER NR DEPUTY CLERK

## NOTICE OF APPEAL

Pursuant to this Honorable Courts July 2nd, 2019 ORDER, Notice is hereby given that Roderick Johnson, plaintiff in this case Appeals to the United States Court of Appeals for the Third Circuit from the May 7th, 2019 ORDER Granting Defendants motion to Dismiss and Denying plaintiffs motion for Summary Judgement and from All prior Adverse ORDERS in the Above named case.

Respectfully submitted;

/s/ Roderick Johnson
Roderick Johnson, pro-se
#1996-5586 BERKS COUNTY
JAIL SYSTEM 1287 COUNTY
WELFARE Rd. Leesport, PA 19533

Date: July 8th, 2019

## CERTIFICATE OF SERVICE

I, Roderick Johnson, pro-se, plaintiff in this herein matter verifies that on this 8th day of July 2019, I am serving (1)-one true and correct document of a civil nature by First Class Mail to the following:

Mr. Peter Welsh, Acting Clerk of Courts
Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, PA 17701-6460

Dated: July 8, 2019

2.

Roderick Johnson #1996-5586
Berks County Jail System
1287 County Welfare Rd.
Leesport, PA 19533

July 8, 2019

Mr. Peter Welsh, Acting Clerk of Courts
Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, PA 17701-6460

RE: Roderick Johnson v. Pennsylvania Dept. of Corrections, et al CASE NO. 4:18-CV-01924  Judge Matthew W. Brann

Dear Mr. Welsh:

Please find enclosed for filing plaintiff's NOTICE OF APPEAL, in this herein captioned matter. Thank you!

Respectfully submitted;

/s/ Roderick Johnson
Roderick Johnson, pro se

Name Roderick Johnson
BCP# 1996-5586
Housing Unit H 102
Berks County Jail System
1287 County Welfare Rd
Leesport, Pa 19533-9397

HARRISBURG PA 171

09 JUL 2019 PM 7 L

Barn Swallow

Mr. Peter Welsh, Acting Clerk of Courts
Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, PA 17701-6440

17701-646099